526 A.2d 300

**In re Nomination Petition of Anthony SHULI.**

Supreme Court of Pennsylvania.

May 18, 1987.

## ORDER

PER CURIAM.

AND NOW, this 18th day of May, 1987, the order of the Commonwealth Court is affirmed.